IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN C. MCBRIDE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-128-JJF |
| | ) |
| MICHAEL J. ASTRUE | ) |
| *(Commissioner, Social* | ) |
| *Security Administration)*, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 12 day of March, 2008, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

*(signature)*
United States District Judge